UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STEPHANIE DAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:23-CV-00379-JRG-DCP |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Debra C. Poplin's Report and Recommendation. [Doc. 13]. In the Report and Recommendation, Judge Poplin recommends that the Court grant Defendant's Motion to Dismiss [Doc. 8] on the ground that the Court lacks subject matter jurisdiction. Plaintiff has not filed a timely objection to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

Having reviewed the record, the Court agrees with Judge Poplin's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). For the reasons set out in the Report and Recommendation, which the Court adopts and incorporates into this Order, Defendant's Motion to Dismiss [Doc. 8] is **GRANTED** and the case is hereby **DISMISSED** without prejudice.

So ordered.

ENTER:

                                                                                                    s/J. RONNIE GREER
                                                                     UNITED STATES DISTRICT JUDGE